# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES J. DONELON,
COMMISSIONER OF INSURANCE
FOR THE STATE OF LOUISIANA

VERSUS

AMERICAS INSURANCE COMPANY

    CONSOLIDATED WITH

CADENCE BANK

VERSUS

BILLY BOSTICK, IN HIS
CAPACITY AS RECEIVER FOR
ASSURANCE HOLDING
CORPORATION, ASSURE
UNDERWRITING AGENCY, AND
AMERICAN INSURANCE COMPANY

NO.  2024 CW 0465

**SEPTEMBER 24, 2024**

---

In Re:    Postlethwaite & Netterville, APAC and Gotham Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 714982 c/w 717212.

---

**BEFORE:**    **GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

JMG
TPS

    **Penzato, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT